B1 (Official Form 1) (04/13)

# United States Bankruptcy Court
# Eastern District of North Carolina

**Voluntary Petition**

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): Pitt Electric Incorporated | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): d/b/a Pitt Electric, Incorporated and J. G. Taylor Co. aka Pitt Electric, aka Pitt Electric, Inc. | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State) 1028 Brompton Lane Greenville, NC ZIPCODE 27834 | Street Address of Joint Debtor (No. and Street, City, and State ZIPCODE |
| County of Residence or of the Principal Place of Business: Pitt | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIPCODE | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above): ZIPCODE

**Type of Debtor** (Form of Organization) (Check **one** box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests: ______

Each country in which a foreign proceeding by, regarding, or against debtor is pending: ______

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- ☑ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Check all applicable boxes**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Tuesday, April 07, 2015, at 12:03:36 - 31227-302Y-*****

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Pitt Electric Incorporated | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: NONE | Case Number: | Date Filed: |
| Location Where Filed: N.A. | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X ______________________________
Signature of Attorney for Debtor(s) Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________
(Name of landlord that obtained judgment)

______________________________
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Tuesday, April 07, 2015, at 12:03:36 - 31227-302Y-*****

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
Pitt Electric Incorporated

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________________
Signature of Debtor

X ______________________________
Signature of Joint Debtor

______________________________
Telephone Number (If not represented by attorney)

______________________________
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________________
(Signature of Foreign Representative)

______________________________
(Printed Name of Foreign Representative)

______________________________
(Date)

### Signature of Attorney*

X ______________________________
Signature of Attorney for Debtor(s)

DAVID J HAIDT
Printed Name of Attorney for Debtor(s)

______________________________
Firm Name

______________________________
Address

______________________________

______________________________
Telephone Number

04/07/2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________________
Signature of Authorized Individual

MICHAEL BENSON
Printed Name of Authorized Individual

President
Title of Authorized Individual

04/07/2015
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

______________________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

______________________________
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

______________________________
Address

______________________________

X ______________________________

______________________________
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Tuesday, April 07, 2015, at 12:03:36 - 31227-302Y-*****

**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of North Carolina-Greenville Division**

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | No. |
| **PITT ELECTRIC, INC.** | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**

I, Michael Benson, declare under penalty of perjury that I am the President of Pitt Electric, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 7th day of April, 2015.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Michael Benson, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Michael Benson, President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Michael Benson, President of this Corporation is authorized and directed to employ David J. Haidt, North Carolina Bar No.: 22092, attorney and the law firm of Ayers & Haidt, P.A. to represent the corporation in such bankruptcy case.

Date 4/7/15 Signed ______________________

Michael Benson
President

**Resolution of Board of Directors**
**of**
**Pitt Electric, Inc.**

Pursuant to North Carolina General Statute Section 55-8-24, the undersigned, being at least a majority of the Directors of Pitt Electric, Inc. (the "Company"), do hereby adopt the following resolutions by affixing our signatures thereto:

**WHEREAS**, the members of the Board of Directors ("Board") of the Company have reviewed the existing financial status of the Company and consulted with legal counsel; and

**WHEREAS**, the Board has discussed the financial status of the Company with all shareholders and officers; and

**WHEREAS**, the Board is in agreement that given the financial status of Pitt Electric, Inc., the Company should seek relief pursuant to a Petition under Chapter 11 of the United States Bankruptcy Code; and

**WHEREAS**, the Board concludes that said Petition should be filed as soon as is practicable; and

**WHEREAS**, the Board concludes that the Company should retain David J. Haidt, of Ayers & Haidt, P.A., for the purpose of providing legal representation regarding the preparation of said Petition and throughout the Chapter 11 proceeding;

**NOW, THEREFORE, BE IT RESOLVED** that this corporation, Pitt Electric, Inc., hereby elects to undertake all necessary action to accomplish the filing of a voluntary petition for relief pursuant to Chapter 11 of the United States Bankruptcy Code, and the President of said corporation is hereby authorized to execute and file any and all documentation necessary to accomplish the filing of said Petition.

**BE IT FURTHER RESOLVED** that this corporation, Pitt Electric, Inc., hereby elects to retain the legal services of David J. Haidt, of Ayers & Haidt, P.A., for the purpose of preparing said Petition and as necessary thereafter during the Chapter 11 proceeding.

These actions are effective this the 7 day of April, 2015.

**Directors**

Michael Benson

Jimmy Benson

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of North Carolina**

In re Pitt Electric, Inc. , Debtor

Case No. ________

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| OneSource Communications<br>ATTN: Managing Agent<br>PO Box 8385<br>Greenville, NC 27835 | | | | 3,696.65 |
| CCS Equipment Sales, LLC<br>ATTN: Managing Agent<br>5428 Highway 96<br>Youngsville, NC 27596 | | | | 3,831.51 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - 31227-302Y-*****

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Brady Products<br>ATTN: Managing Agent<br>PO Box 13587<br>Greensboro, NC 27415-3587 | | | | 3,889.71 |
| VISA<br>ATTN: Managing Agent<br>PO Box 790408<br>St. Louis, MO 63179-0408 | | | | 4,098.67 |
| Sylvania Lighting<br>ATTN: Managing Agent<br>PO Box 2120<br>Carol Stream, IL 60132-2120 | | | | 4,600.00 |
| Nixon Power Co.<br>ATTN: Managing Agent<br>PO Box 934345<br>Atlanta, GA 31193-4345 | | | | 5,210.90 |
| Ward & Smith, PA<br>ATTN: Managing Agent<br>PO Box 867<br>New Bern, NC 28563-0867 | | | | 5,945.00 |
| East Coast Metal Dist.<br>ATTN: Managing Agent<br>PO Box 277387<br>Atlanta, GA 30384-7387 | | | | 10,713.74 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Tuesday, April 07, 2015, at 09:36:18 - 31227-302Y-*****

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Simplex Grinell<br>ATTN: Managing Agent<br>Dept. CH 10320<br>Palantine, IL<br>60055-0320 | | | | 12,196.95 |
| Hagemeyer<br>ATTN: Managing Agent<br>PO Box 404753<br>Atlanta, GA<br>30384-4753 | | | | 12,261.59 |
| Manpower<br>ATTN: Manaing Agent<br>21271 Network Place<br>Chicago, IL<br>60673-1212 | | | | 12,940.43 |
| Mayer Electric<br>ATTN: Managing Agent<br>PO Box 2153<br>Birmingham, AL<br>35287 | | | | 31,524.98 |
| Johnstone Supply<br>ATTN: Managing Agent<br>315 Marlboro Street<br>Wilmington, NC<br>28403 | | | | 31,822.37 |
| Faulkner Haynes & Assoc.<br>ATTN: Managing Agent<br>7240 ACC Blvd<br>Raleigh, NC 27617 | | | | 34,862.99 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Tuesday, April 07, 2015, at 09:36:18 - 31227-302Y-*****

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Telecommunications<br>ATTN: Managing Agent<br>501 West 14th Street<br>Greenville, NC 27834 | | | | 47,989.00 |
| Cummins Atlantic<br>ATTN: Managing Agent<br>PO Box 7787<br>Charlotte, NC 28241 | | | | 56,057.71 |
| CED Wilson<br>ATTN: Managing Agent<br>PO Box 1510<br>Cary, NC 27512 | | | | 84,604.96 |
| Eastern Electric Supply<br>ATTN: Managing Agent<br>PO Box 1510<br>Cary, NC 27512-1510 | | | | 109,681.04 |
| American Express<br>ATTN: Managing Agent<br>PO Box 650448<br>Dallas, TX 75265-0448 | | | | 111,653.72 |
| CITI, LLC<br>ATTN: Managing Agent<br>PO Box 33758<br>Charlotte, NC 28233 | | | | 123,063.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Tuesday, April 07, 2015, at 09:36:18 - 31227-302Y-*****

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date 04/07/2015

Signature

MICHAEL BENSON,
President

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Tuesday, April 07, 2015, at 09:36:18 - 31227-302Y-*****

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
____________________ DIVISION

In re:

Pitt Electric, Inc. Case No.

Debtor(s)

**CERTIFICATION OF MAILING MATRIX**
**REQUIRED BY E.D.N.C. LBR 1007-2**

I hereby certify under penalty of perjury that the attached list of creditors which has been prepared in the format required by the clerk is true and accurate to the best of my knowledge and includes all creditors scheduled in the petition.

David J. Haidt

Aaon Coil Products
ATTN: Managing Agent
Dept 5
Tulsa, OK 74182

ACR
ATTN: Managing Agent
PO Box 110296
Research Triangle Park, NC 27709

AgriSupply
ATTN: Managing Agent
PO Box 6025
Greenville, NC 27835

American Express
ATTN: Managing Agent
PO Box 650448
Dallas, TX 75265-0448

American Funds
ATTN: Managing Agent
PO Box 2280
Norfolk, VA 23501

American Heritage
ATTN: Managing Agent
PO Box 650514
Dallas, TX 75265-0514

Anderson Auto
ATTN: Managing Agent
3909 Lee Street
Ayden, NC 28513

Archie's Steel
ATTN: Managing Agent
4575 US 13
Greenville, NC 27834

Barbara Benson
2292 Wolftrap Road
Winterville, NC 27834

BB&T
ATTN: Managing Agent
PO Box 2306
Wilson, NC 27894

Bel Dew
ATTN: Managing Agent
PO Box 2789
Winterville, NC 28590

BJB Properties, LLC
ATTN: Managing Agent
1029 Brompton Lane
Greenville, NC 27858

Brady Products
ATTN: Managing Agent
PO Box 13587
Greensboro, NC 27415-3587

Brown & Wood
ATTN: Managing Agent
329 SW Greenville Blvd
Greenville, NC 27834

Car Quest
ATTN: Managing Agent
PO Box 404875
Atlanta, GA 30384

Carrier Enterprises
ATTN: Managing Agent
PO Box 905957
Charlotte, NC 28208

Cavalier Hose Fittings
ATTN: Managing Agent
PO Box 848
Farmville, VA 23901

CCS Equipment Sales, LLC
ATTN: Managing Agent
5428 Highway 96
Youngsville, NC 27596

CED Wilson
ATTN: Managing Agent
PO Box 1510
Cary, NC 27512

CED Winterville
ATTN: Managing Agent
PO Box 1510
Cary, NC 27512

Cintas
ATTN: Managing Agent
PO Box 630803
Cincinnati, OH 45263-0803

CITI, LLC
ATTN: Managing Agent
PO Box 33758
Charlotte, NC 28233

City Electric Supply
ATTN: Managing Agent
PO Box 16707
Greensboro, NC 27416

Cummins Atlantic
ATTN: Managing Agent
PO Box 7787
Charlotte, NC 28241

D&L Parts
ATTN: Managing Agent
PO Box 31816
Charlotte, NC 28231

Datagroup Technologies
ATTN: Managing Agent
100 Fox Haven Drive
Greenville, NC 27858

Dixon Hughes Goodman
ATTN: Managing Agent
PO Box 602828
Charlotte, NC 28260

DPD Concrete
ATTN: Managing Agent
PO Box 1639
Winterville, NC 28590

DPI
ATTN: Managing Agent
115-A Red Banks Road
Greenville, NC 27858

East Coast Metal Dist.
ATTN: Managing Agent
PO Box 277387
Atlanta, GA 30384-7387

Eastern Broadcasting
ATTN: Managing Agent
PO Box 601517
Charlotte, NC 28260-1517

Eastern Electric Supply
ATTN: Managing Agent
PO Box 1510
Cary, NC 27512-1510

Edwards, Inc.
ATTN: Managing Agent
305 Easy Street
Greenville, NC 27834

Elect
ATTN: Managing Agent
PO Box 2080
Wendell, NC 27591

Electric Supply Co.
ATTN: Managing Agent
PO Box 1968
Wilson, NC 27894

Ellis & Winters,LLP
PO Box 33550
Raleigh, NC 27636

Fastenal
ATTN: Managing Agent
PO Box 1286
Winona, MN 55987-1286

Fastmed Urgent Care
ATTN: Managing Agent
935 Shotwell Road, Suite 108
Clayton, NC 27520-5598

Faulkner Haynes & Assoc.
ATTN: Managing Agent
7240 ACC Blvd
Raleigh, NC 27617

Ferguson Heating
ATTN: Managing Agent
3000 Crosspoint Center Lane
Charlotte, NC 28269

Fire Fighter Products
ATTN: Managing Agent
PO Box 1014
Williamston, NC 27892

Grainger
ATTN: Managing Agent
Dept. 803829506
Palatine, IL 60038

Green Guard
ATTN: Managing Agent
4159 Shoreline Drive
St. Louis, MO 63045

Greenville Noland Co.
ATTN: Managing Agent
201 Grande Avenue
Greenville, NC 27834-3137

Guardian Insurance Co.
ATTN: Managing Agent
PO Box 26125
Lehigh Valley, PA 18002-6125

Hagemeyer
ATTN: Managing Agent
PO Box 404753
Atlanta, GA 30384-4753

Hastings Ford, Inc.
ATTN: Managing Agent
3013 East Tenth Street
Greenville, NC 27834

Hertz Equipment
ATTN: Managing Agent
PO Box 650280
Dallas, TX 75265-0280

Hughes Supply Winterville
ATTN: Managing Agent
2561 Mills Street #B
Winterville, NC 28590

IRS
ATTN: Bankruptcy Department
PO Box 7346
Philadelphia, PA 19101-7346

Jimmy Benson
2292 Wolftrap Road
Winterville, NC 27834

Johnstone Supply
ATTN: Managing Agent
315 Marlboro Street
Wilmington, NC 28403

Legal Shield
ATTN: Managing Agent
PO Box 2629
Ada, OK 74821-0269

Lennox Industries
ATTN: Managing Agent
PO Box 910549
Dallas, TX 75391-0549

Lowe's
ATTN: Managing Agent
PO Box 530954
Atlanta, GA 30384-1791

Manpower
ATTN: Manaing Agent
21271 Network Place
Chicago, IL 60673-1212

Mayer Electric
ATTN: Managing Agent
PO Box 2153
Birmingham, AL 35287

Mccals
ATTN: Managing Agent
PO Box 39
Johnsonville, SC 29555

McNaughton-McKay
ATTN: Managing Agent
1000 Newman Road
New Bern, NC 28562

Musco Lighting
ATTN: Managing Agent
PO Box 808
Oskaloosa, IA 52577-0808

NC Department of Revenue
ATTN: Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

Nixon Power Co.
ATTN: Managing Agent
PO Box 934345
Atlanta, GA 31193-4345

Norfolk Wire & Electronics
ATTN: Managing Agent
PO Box 890608
Charlotte, NC 28289-0608

OneSource Communications
ATTN: Managing Agent
PO Box 8385
Greenville, NC 27835

PHP Carolinas, FSA
ATTN: Managing Agent
PO Box 220397
Charlotte, NC 28222

PHP Carolinas-Major Med
ATTN: Managing Agent
PO Box 220397
Charlotte, NC 28222

R. E. Michael
ATTN: Managing Agent
PO Box 2318
Baltimore, MD 21203

Ready Mixed Concrete
ATTN: Managing Agent
PO Box 660367
Dallas, TX 75266-0367

Reliance Dental
ATTN: Managing agent
PO Box 82510
Lincoln, NE 68501-2510

Reliance Standard Ltd. STD LF
ATTN: Managing Agent
PO Box 3124
Southeastern, PA 19398-3124

Reliance Vision
ATTN: Managing Agent
PO Box 82510
Lincoln, NE 68501-2510

RW Moore Equipment Co.
ATTN: Managing Agent
PO Box 25068
Raleigh, NC 27611

S&S Trailer Rental
ATTN: Managing Agent
PO Box 102
Winterville, NC 28590

Secretary of the Treasury
1500 Pennsylvania Ave., N.W.
Washington, D.C. 20220

Securities and Exchange Commission
950 East Paces Ferry, NE
Suite 900
Atlanta, GA 30326-1382

Select Bank Solar
ATTN: Managing Agent
700 W. Cumberland Street
Dunn, NC 28334

Shealy Electrical Wholesale
ATTN: Managing Agent
120 Saxe Gotha Road
West Columbia, SC 29172

Simplex Grinell
ATTN: Managing Agent
Dept. CH 10320
Palantine, IL 60055-0320

Sitec Services
ATTN: Managing Agent
1310 Madrid Street, Suite 101
Marshall, MN 56258

ST Wooten Corp.
ATTN: Managing Agent
PO Box 2408
Wilson, NC 27894-2408

Staples
ATTN: Managing Agent
Dept. ATL
PO Box 405386
Atlanta, GA 30384-5386

State Electric Supply Co.
ATTN: Managing Agent
PO Box 890889
Charlotte, NC 28289-0889

Sunbelt Rentals
ATTN: Managing Agent
PO Box 409211
Atlanta, GA 30384-9211

Sylvania Lighting
ATTN: Managing Agent
PO Box 2120
Carol Stream, IL 60132-2120

Systel Business Equip.
ATTN: Manging Agent
PO Box 35870
Fayetteville, NC 28303

TEGG
ATTN: Managing Agent
PO Box 787861
Philadelphia, PA 19178-7861

Telecommunications
ATTN: Managing Agent
501 West 14th Street
Greenville, NC 27834

Tideland EMC
ATTN: Managing Agent
PO Box 159
Pantego, NC 27860

Transamerica
ATTN: Managing Agent
300 North Greene Street, Suite 1700
Greensboro, NC 27401

Tripps Tire Pros of Winterville
ATTN: Managing Agent
2711 Mill Street
Winterville, NC 28590

VFG Equipment Lease
ATTN: Managing Agent
615 Iron City Drive
Pittsburgh, PA 15205

Virginia Air Dist.
ATTN: Managing Agent
2930 Yonkers Road
Raleigh, NC 27604

VISA
ATTN: Managing Agent
PO Box 790408
St. Louis, MO 63179-0408

Walter Homes Electrical, Inc.
ATTN: Managing Agent
304 North Ashe Avenue
Dunn, NC 28334

Ward & Smith, PA
ATTN: Managing Agent
PO Box 867
New Bern, NC 28563-0867

Water Furnace Intl., Inc.
ATTN: Managing Agent
9000 Conservation Way
Fort Wayne, IN 46809

WEX Bank-Speedway
ATTN: Managing Agent
PO Box 639
Portland, ME 04104

Womack Electric
ATTN: Managing Agent
PO Box 1586
Greenville, NC 27835

Yadkin Bank
c/o Charles N. Anderson, Esq.
PO Box 33550
Raleigh, NC 27636