**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

In the Matter of:
**PITT ELECTRIC INCORPORATED,**
Debtor.

Case No.:
**15-01965-5-DMW**
Chapter 11

**DEBTOR'S MOTION FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS**

COMES NOW the Debtor, Pitt Electric Incorporated, ("Debtors"), by and through their counsel of record, and move the court to approve a sale of certain property of the above-referenced estate free and clear of the liens as recited herein. In support of this Motion, the Debtors show unto the court as follows:

1. This matter is a core proceeding pursuant to 28 U.S.C. §157, and the court has jurisdiction pursuant to 28 U.S.C. §§151, 157, and 1334. The court has the authority to hear this matter pursuant to the General Order of Reference entered August 3, 1984, by the United States District Court for the Eastern District of North Carolina.

2. Pitt Electric is a North Carolina corporation with its principal place of business in Greenville, Pitt County, North Carolina, and filed its petition under Chapter 11 of the Bankruptcy Code on April 8, 2015. It has remained a Debtor-in-Possession since the filing of the bankruptcy petition.

3. By way of a Motion for Approval if Private Sale of Assets and Assignment of Executory Contracts (the "Sale Motion"), the Debtor proposes to sell by private sale the following property (the "Property"):

a. any and all tangible personal property used in connection with the operation of the Business wherever located, including, without limitation, equipment, furniture, inventory, fixtures, materials, tools, supplies and vehicles;

b. any and all accounts receivable in existence on the Closing Date (as defined in the Agreement) for work that has been completed, either totally or partially, as of the Closing Date;

c. all rights and obligations under contracts for the provision of goods, services, and other non-cash benefits by Seller to third parties as may be designated by Buyer prior to the Closing (as hereinafter defined), if any; and all rights and obligations under contracts for the receipt of goods, services, and other non-cash benefits by Seller from third parties as may be designated by Buyer prior to the Closing, if any;

d. all rights under any leases Buyer desires to assume;

e. to the extent assignable, all computer software, including all documentation and source codes with respect to such software used in connection with the Debtor;

f. to the extent assignable, all franchise agreements, license agreements, permits, service agreements, computer software agreements, and technical service agreements used in connection with the Debtor's business, including, without limitation, the franchise agreement for TEGG® Service;

g. to the extent assignable, all (1) client lists, client records, and client information, marketing materials, promotional and business development information, and related materials, in whatever form retained; (2) books and records related to the Transferred Assets, including, without limitation, inventory, maintenance, and asset history records; and (3) all other books, records, files, data, manuals, training materials, work papers, and other documents and information, including, without limitation, electronic versions of the foregoing, used in connection with the operation of the Debtor's business;

h. all rights to the name "Pitt Electric" along with any derivations thereof, and any trade names and variations thereof;

i. all (1) intellectual property, including, without limitation, all common law and registered trademarks, copyrights, patents, and licenses related to the Debtor's business; (2) applications for patents and for registration of trademarks, service marks, and copyrights related to the Debtor's business; (3) trade secrets related to the Business; and (4) other items of proprietary know-how and other intangible property related to the Debtor's business;

j. all telephone numbers, websites, e-mail addresses, and domain registrations used in connection with the operation of the Debtor's business;

k. to the extent assignable, all permits, licenses, certificates, and operating authorities related to the Debtor's business;

l. all security deposits for leases and utilities related to the Debtor's business;

m. all work in process related to the Debtor's business; and

n. all goodwill related to the Debtor's business.

4. The Property comprises essentially all of the assets of the bankruptcy estate, and the Debtor believes that in the aggregate, the Property possesses a fair market value of approximately $2,000,000.

5. By way of the Sale Motion, the Debtor is seeking court approval of a sale of the Property to Oak Ridge Metal Works, LLC.

6. By way of this Motion, the Debtor proposes to sell the Property free and clear of all claim, liens and encumbrances of record, including claims of successor liability.

7. The Debtors believe the Property can be converted to cash for the benefit to creditors of the Debtors' estate.

8. The Debtors ask that they be authorized to sell the Property free and clear of any claims and liens of record, including any liens, security interests and claims asserted against the Property by the following:

A. Any and all personal property taxes due and owing to any City, County or municipal corporation, and more particularly, to the Pitt County Tax Collector or any other municipal and local tax collector.

B. Any and all liens and security interests asserted in the Property by Yadkin Bank, as the successor by merger to VantageSouth Bank (the successor by merger with The East Carolina Bank), which asserts a single secured claim (the "Loan") against the Debtor in the alleged principal amount of $842,541.21. Upon information and belief, Yadkin's Loan originated as a secured line of credit, and

is reflected by certain documentation, including certain UCC-1 Financing Statements filed with the North Carolina Secretary of State, pursuant to which Yadkin asserts a first-priority lien and security interest in the Debtor's equipment, inventory, accounts, proceeds and other personal property.

C. Any and all liens and security interests asserted in the Property by Select Bank ("Select"), as the successor-in-interest to New Century Bank, in connection with that certain 40 KW solar array owned by the Debtor and installed on premises in which the Debtor operates.

D. Any and all liens and security interests asserted by Womack Electrical Supply in the Debtor's titled vehicles.

E. Any and all liens and security interests asserted by Branch Banking & Trust Company in that certain 2012 Chevrolet Silverado pickup truck.

F. Any and all remaining interests, liens, encumbrances, rights and claims asserted against the Property, which relate to or arise as a result of a sale of the Property, or which may be asserted against the buyer of the Property, including, but not limited to, those liens and claims, whether fixed and liquidated or contingent and unliquidated, that have or may be asserted against the Property by the North Carolina Department of Revenue, the Internal Revenue Service, and any and all other taxing and government authorities.

9. The liquidation of the above-described property can be facilitated by a sale free and clear of the alleged liens as set forth above with the rights of the lien creditors being transferred to the proceeds of the sale as determined and marshalled by the court.

10. The Debtor intends to sell the Property with the purported liens of the above-named lien creditors transferring to the proceeds of the sale in their respective priorities. The process shall be subject to the reasonable, necessary costs and expenses of preserving and disposing of such property to the extent of any benefit to the holders of such claim pursuant to 11 U.S.C. § 506(c), in addition to the terms and conditions of the purchase contract between the Debtor and any purchaser of the subject property.

11. If any creditor claiming a lien on the above-described property does not object within the time allowed, then that creditor shall be deemed to have consented to the sale of the property free and clear of that creditor's interest.

WHEREFORE, the Debtor prays for the court to grant the following relief:

1. To allow the sale of the Property described herein free and clear of the purported liens claimed by the creditors named herein pursuant to the provisions of 11 U.S.C. § 363;

2. To provide for the purported liens of the creditors named herein to attach to the proceeds of the sale in their respective priorities;

3. To allow, after proper application, the reasonable, necessary costs and expenses of preserving such property to the extent of any benefit to the holders of such claims pursuant to 11 U.S.C. § 506(c); and

4. For such other and further relief as the court may deem just and proper.

DATED: May 26, 2015

AYERS & HAIDT, P.A.

*/s/ David J. Haidt*
By: David J. Haidt
N.C.S.B. #22092
Attorneys for Debtor
P.O. Box 1544
New Bern, NC 28563
(252) 638-2955 telephone
(252) 638-3293 facsimile
davidhaidt@embarqmail.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| In the Matter of:<br>**PITT ELECTRIC INCORPORTATED,**<br>Debtor. | Case No.:<br>**15-01965-5-DMW**<br>Chapter 11 |

**NOTICE OF MOTION**

TO: ALL PARTIES-IN-INTEREST.

NOTICE is hereby given of the Debtor's Motion for Sale of Assets Free and Clear of Liens filed simultaneously herewith by Pitt Electric Incorporated, Debtors in the above-captioned proceeding; and

FURTHER NOTICE IS HEREBY GIVEN that pursuant to their Motion, the Debtor is seeking the authority to sell certain personal property free and clear of all liens and encumbrances of record, namely (a) all machinery, furniture, fixtures, equipment, and supplies owned by Debtor and used in connection with the operation of its business, (b) all pending accounts and contract rights of the Debtor; and (c) other enumerated personal property specifically identified in the Motion accompanying this Notice and that certain Motion for Approval of Private Sale of Assets and Assignment of Executory Contracts filed contemporaneously herewith; and

FURTHER NOTICE is hereby given that if you fail to respond or otherwise plead or request a hearing in writing within FOURTEEN (14) days from the date of this notice, the relief requested in the motion may be granted without further hearing or notice; and

FURTHER NOTICE IS HEREBY GIVEN that a hearing on the Debtor's Motion will be held on Wednesday, June 17, 2015, beginning at 1:00 p.m. in the Courtroom of the United States Bankruptcy Court, Third Floor Courtroom, Century Station Federal Building, 300 Fayetteville St., Raleigh, North Carolina 27601. Creditors filing objections to said Motion shall appear at said hearing or they may be taxed with Court costs.

This the 26th day of May, 2015.

AYERS & HAIDT, P.A.

By: */s/ David J. Haidt*
DAVID J. HAIDT
N.C.S.B. #22092
Attorney for Debtors
Post Office Box 1544
307 Metcalf Street
New Bern, NC 28563
(252) 638-2955 telephone
(252) 638-3293 facsimile
davidhaidt@embarqmail.com

CERTIFICATE OF SERVICE

I, David J. Haidt certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 26th day of May, 2015, a member of my staff served a copy of the foregoing MOTION and NOTICE OF MOTION on the following:

TO:

Bankruptcy Administrator (VIA CM/ECF)
Attn: C. Scott Kirk, Esq.

Pitt County Tax Collector
Attn: Managing Agent
P.O. Box 43
Greenville, NC 27835

North Carolina Dept. of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602

Internal Revenue Service
Attn: Managing Agent
P.O. Box 7346
Philadelphia, PA 19114

Yadkin Bank
c/o Charles N. Anderson, Esq.
P.O. Box 33550
Raleigh, NC 27636

Charles N. Anderson, Esq. (VIA EMAIL)
Ellis & Winters, LLP
P.O. Box 33550
Raleigh, NC 27636
chuck.anderson@elliswinters.com

Michael Benson, President (Via: Email)

That on the 26th day of May, 2015, a member of my staff served a copy of the foregoing NOTICE on the parties listed on Exhibit "A" attached hereto, by depositing a copy thereof in the US mail, with sufficient postage thereon.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: May 26, 2015

By: */s/ David J. Haidt*
David J. Haidt
N.C. State Bar No. 22092
Attorneys for Debtors
Post Office Box 1544
307 Metcalf Street
New Bern, NC 28563
(252) 638-2955 telephone
(252) 638-3293 facsimile
davidhaidt@embarqmail.com

label size 1" x 2 5/8" compatible with Avery ®5160/8160
STAPLES

Label Matrix for local noticing
0417-5
Case 15-01965-5-DMW
Eastern District of North Carolina
Raleigh
Tue May 26 10:25:08 EDT 2015

Bankruptcy Administrator
Two Hannover Square, Ste. 640
434 Fayetteville Street
Raleigh, NC 27601-1701

Consolidated Electrical Distributors, Inc.
c/o Vann Attorneys, PLLC
P.O. Box 2445
Raleigh, NC 27602-2445

Employment Security Commission
PO Box 26504
Raleigh, NC 27611-6504

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Johnston County
c/o David F. Mills, Esq.
1559-B Booker Dairy Road
Smithfield, NC 27577-9442

NC Department of Revenue
Office Services Div., Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

Pitt Electric Incorporated
1028 Brompton Lane
Greenville, NC 27834-0012

US Attorney
310 New Bern Avenue, Suite 800
Federal Building
Raleigh, NC 27601-1461

Womack Electric & Supply Company
c/o Nan E. Hannah
PO Box 2395
Raleigh, NC 27602-2395

U.S. Bankruptcy Court
300 Fayetteville Street, 4th Floor
P.O. Box 791
Raleigh, NC 27602-0791

ACR
ATTN: Managing Agent
PO Box 110296
Research Triangle Park, NC 27709-5296

Aaon Coil Products
ATTN: Managing Agent
2425 South Yukon Avenue
Dept 5
Tulsa, OK 74182-0001

Aaon Coil Products
ATTN: Managing Agent
Dept 5
Tulsa, OK 74182-0001
Dup

AgriSupply
ATTN: Managing Agent
PO Box 6025
Greenville, NC 27835-6025

American Express
ATTN: Managing Agent
PO Box 650448
Dallas, TX 75265-0448

American Funds
ATTN: Managing Agent
PO Box 2280
Norfolk, VA 23501-2280

American Heritage
ATTN: Managing Agent
PO Box 650514
Dallas, TX 75265-0514

Anderson Auto
ATTN: Managing Agent
3909 Lee Street
Ayden, NC 28513-3027

Archie's Steel
ATTN: Managing Agent
4575 US 13
Greenville, NC 27834-0044

(p)BB AND T
PO BOX 1847
WILSON NC 27894-1847

BJB Properties, LLC
ATTN: Managing Agent
1029 Brompton Lane
Greenville, NC 27834-0012

Barbara Benson
2292 Wolftrap Road
Winterville, NC 28590-8493

Bel Dew
ATTN: Managing Agent
PO Box 2789
Winterville, NC 28590-2789

Brady Products
ATTN: Managing Agent
PO Box 13587
Greensboro, NC 27415-3587

Brown & Wood
ATTN: Managing Agent
329 SW Greenville Blvd
Greenville, NC 27834-6909

Brown & Wood
ATTN: Managing Agent
329 SW Greenville Blvd
Greenville, NC 27834-6909
Dup

Car Quest
ATTN: Managing Agent

CCS Equipment Sales, LLC
ATTN: Managing Agent
5428 Highway 96
Youngsville, NC 27596-8686

CED Wilson
ATTN: Managing Agent
PO Box 1510
Cary, NC 27512-1510

CED Winterville
ATTN: Managing Agent
PO Box 1510
Cary, NC 27512-1510



label size 1" x 2 5/8" compatible with Avery ®5160/8160
Étiquette de format 25 mm x 67 mm compatible avec Avery ®5160/8160

label size 1" x 2 5/8" compatible with Avery ®5160/8160
STAPLES

CITI, LLC
ATTN: Managing Agent
PO Box 33758
Charlotte, NC 28233-3757

CITI, LLC
ATTN: Managing Agent
PO Box 33758
Charlotte, NC 28233-3757
City Electric Supply
ATTN: Managing Agent

Dup

Car Quest
ATTN: Managing Agent
PO Box 404875
Atlanta, GA 30384-4875

Carrier Enterprises
ATTN: Managing Agent
PO Box 905957
Charlotte, NC 28290-5957

Cavalier Hose Fittings
ATTN: Managing Agent
PO Box 848
Farmville, VA 23901-0848

Cintas
ATTN: Managing Agent
PO Box 630803
Cincinnati, OH 45263-0803

City Electric Supply
ATTN: Managing Agent
PO Box 16707
Greensboro, NC 27416-0707

Communications Supply Company
ATTN: Managing Agent
2205 Westinghouse Blvd., #105
Raleigh, NC 27604-2489

Cummins Atlantic
ATTN: Managing Agent
PO Box 7787
Charlotte, NC 28241-7787

Cummins Atlantic
ATTN: Managing Agent
PO Box 7787
Charlotte, NC 28241-7787
D&L Parts
ATTN: Managing Agent

Dup

D&L Parts
ATTN: Managing Agent
PO Box 31816
Charlotte, NC 28231-1816

DPD Concrete
ATTN: Managing Agent
PO Box 1639
Winterville, NC 28590-1639

DPI
ATTN: Managing Agent
115-A Red Banks Road
Greenville, NC 27858-5703

Datagroup Technologies
ATTN: Managing Agent
100 Fox Haven Drive
Greenville, NC 27858-7100

David A. Herman
4121 Melissa Dr.
Farmville, NC 27828-1881

Dixon Hughes Goodman
ATTN: Managing Agent
PO Box 602828
Charlotte, NC 28260-2828

Dwight A. Benson
762 W. Hanrahan Rd.
Ayden, NC 28513-7472

East Coast Metal Dist.
ATTN: Managing Agent
PO Box 277387
Atlanta, GA 30384-7387

Eastern Broadcasting
ATTN: Managing Agent
PO Box 601517
Charlotte, NC 28260-1517

Eastern Electric Supply
ATTN: Managing Agent
PO Box 1510
Cary, NC 27512-1510

Edwards, Inc.
ATTN: Managing Agent
305 Easy Street
Greenville, NC 27834-9072

Edwards, Inc.
ATTN: Managing Agent
305 Easy Street
Greenville, NC 27834-9072
Elect
ATTN: Managing Agent

Dup

Elect
ATTN: Managing Agent
PO Box 2080
Wendell, NC 27591-2080

Electric Supply Co.
ATTN: Managing Agent
PO Box 1968
Wilson, NC 27894-1968

Ellis & Winters, LLP
PO Box 33550
Raleigh, NC 27636-3550

Fastenal
ATTN: Managing Agent
PO Box 1286
Winona, MN 55987-7286

Fastmed Urgent Care
ATTN: Managing Agent
935 Shotwell Road, Suite 108
Clayton, NC 27520-5598

Faulkner Haynes & Assoc.
ATTN: Managing Agent
7240 ACC Blvd
Raleigh, NC 27617-8736

Ferguson Heating
ATTN: Managing Agent
3000 Crosspoint Center Lane
Charlotte, NC 28269-4204

Fire Fighter Products
ATTN: Managing Agent
PO Box 1014
Williamston, NC 27892-1014



label size 1" x 2 5/8" compatible with Avery ®5160/8160
Étiquette de format 25 mm x 67 mm compatible avec Avery ®5160/8160

label size 1" x 2 5/8" compatible with Avery ®5160/8160
Étiquette de format 25 mm x 67 mm compatible avec Avery ®5160/8160
STAPLES

Garris-Evans Lumber Company
ATTN: Managing Agent
PO Box 2548
Greenville, NC 27836-0548

Garris-Evans Lumber Company
PO Box 2548
Greenville, NC 27836-0548
Dup

(c)GRAINGER
ATTN: MANAGING AGENT
601 DEXTER ST
GREENVILLE NC 27834-6368

Grainger
ATTN: Managing Agent
Dept. 803829506
Palatine, IL 60038-0001

Green Guard
ATTN: Managing Agent
4159 Shoreline Drive
St. Louis, MO 63045-1217

~~Greensboro, NC 27407-2734~~
North Carolina Department of Commerce
Div. of Employment Security
P.O. Box 26504
Raleigh, NC 27611-6504

Greenville Noland Co.
ATTN: Managing Agent
201 Grande Avenue
Greenville, NC 27834-3137

Guardian Insurance Co.
ATTN: Managing Agent
PO Box 26125
Lehigh Valley, PA 18002-6125

Hagemeyer
ATTN: Managing Agent
PO Box 404753
Atlanta, GA 30384-4753

Hastings Ford, Inc.
ATTN: Managing Agent
3013 East Tenth Street
Greenville, NC 27858-4119

Hertz Equipment
ATTN: Managing Agent
PO Box 650280
Dallas, TX 75265-0280

Hertz Equipment Rental Corp.
14501 Hertz Quail Springs Pkwy
Oklahoma City OK 73134-2628

Hughes Supply Winterville
ATTN: Managing Agent
2561 Mills Street #B
Winterville, NC 28590-7107

IRS
ATTN: Bankruptcy Department
PO Box 7346
Philadelphia, PA 19101-7346

James R. Grisson, Jr.
5364 Stantonsburg Rd.
Farmville, NC 27828-9249

Jeff W. Gay
7814 Highway 91
Walstonburg, NC 27888-8954

Jimmy Benson
2292 Wolftrap Road
Winterville, NC 28590-8493

Johnstone Supply
ATTN: Managing Agent
315 Marlboro Street
Wilmington, NC 28403-1495

Kelly R. Matthews
5087 Old Tar Rd.
Winterville, NC 28590-8436

Kenneth L. Stauble
282 NC Highway 306 N
Grantsboro, NC 28529-5858

Kevin F. Wagner
PO Box 95
Grifton, NC 28530-0095

Legal Shield
ATTN: Managing Agent
PO Box 2629
Ada, OK 74821-2629

Lennox Industries
ATTN: Managing Agent
PO Box 910549
Dallas, TX 75391-0549

Lowe's
ATTN: Managing Agent
PO Box 530954
Atlanta, GA 30353-0954

Manpower
ATTN: Managing Agent
21271 Network Place
Chicago, IL 60673-1212

Mayer Electric
ATTN: Managing Agent
PO Box 2153
Birmingham, AL 35287-0002

McNaughton-McKay
ATTN: Managing Agent
1000 Newman Road
New Bern, NC 28562-5244

Mccals
ATTN: Managing Agent
PO Box 39
Johnsonville, SC 29555-0039

Michael A. McCormick
1915 Sherwood Dr.
Greenville, NC 27858-5318

Michael C. Dail
2091 Mr. Herman Church Rd.
Snow Hill, NC 28580-7496



label size 1" x 2 5/8" compatible with Avery ®5160/8160
Étiquette de format 25 mm x 67 mm compatible avec Avery ®5160/8160

Michael L. Case
5608 Stantonsburg Rd.
Farmville, NC 27828-9273

Musco Lighting
ATTN: Managing Agent
PO Box 808
Oskaloosa, IA 52577-0808

N.C. Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Nixon Power Co.
ATTN: Managing Agent
PO Box 934345
Atlanta, GA 31193-4345

Norfolk Wire & Electronics
ATTN: Managing Agent
PO Box 890608
Charlotte, NC 28289-0608

OneSource Communications
ATTN: Managing Agent
PO Box 8385
Greenville, NC 27835-8385

PHP Carolinas, FSA
ATTN: Managing Agent
PO Box 220397
Charlotte, NC 28222-0397
~~PHP Carolinas Major Med~~
~~ATTN: Managing Agent~~

R. E. Michael
ATTN: Managing Agent
PO Box 2318
Baltimore, MD 21203-2318

RW Moore Equipment Co.
ATTN: Managing Agent
PO Box 25068
Raleigh, NC 27611-5068

Ready Mixed Concrete
ATTN: Managing Agent
PO Box 660367
Dallas, TX 75266-0367

Reliance Dental
ATTN: Managing agent
PO Box 82510
Lincoln, NE 68501-2510

Reliance Standard Ltd. STD LF
ATTN: Managing Agent
PO Box 3124
Southeastern, PA 19398-3124

Reliance Vision
ATTN: Managing Agent
PO Box 82510
Lincoln, NE 68501-2510

S&S Trailer Rental
ATTN: Managing Agent
PO Box 102
Winterville, NC 28590-0102

ST Wooten Corp.
ATTN: Managing Agent
PO Box 2408
Wilson, NC 27894-2408

Secretary of the Treasury
1500 Pennsylvania Ave. N.W.
Washington, DC 20220-0001

Securities and Exchange Commission
950 East Paces Ferry, NE
Suite 900
Atlanta, GA 30326-1382

Select Bank & Trust (fka New Century Bank)
700 W. Cumberland St.
Dunn, NC 28334-4710

Select Bank Solar
ATTN: Managing Agent
700 W. Cumberland Street
Dunn, NC 28334-4710

Select Bank fka New Century Bank
ATTN: Managing Agent
700 W. Cumberland Street
Dunn, NC 28334-4710

Shealy Electrical Wholesale
ATTN: Managing Agent
120 Saxe Gotha Road
West Columbia, SC 29172-3002

Simplex Grinell
ATTN: Managing Agent
540 Civic Blvd., Suite 105
Raleigh, NC 27610-2976

Simplex Grinell
ATTN: Managing Agent
Dept. CH 10320
Palantine, IL 60055-0320

Sitec Services
ATTN: Managing Agent
1310 Madrid Street, Suite 101
Marshall, MN 56258-4002
Dup

Sitec Services/US Bank
ATTN: Managing Agent
1310 Madrid Street, Suite 101
Marshall, MN 56258-4002

Staples
ATTN: Managing Agent
Dept. ATL
PO Box 405386
Atlanta, GA 30384-5386

State Electric Supply Co.
ATTN: Managing Agent
PO Box 890889
Charlotte, NC 28289-0889

Sunbelt Rentals
ATTN: Managing Agent
PO Box 409211
Atlanta, GA 30384-9211

Susan M. Taylor
PO Box 30015
Greenville, NC 27833-0015

Sylvania Lighting
ATTN: Managing Agent
PO Box 2120
Carol Stream, IL 60132-2120



label size 1" x 2 5/8" compatible with Avery ®5160/8160
Étiquette de format 25 mm x 67 mm compatible avec Avery ®5160/8160

Systel Business Equip.
ATTN: Managing Agent
PO Box 35870
Fayetteville, NC 28303-0870

TEGG
ATTN: Managing Agent
PO Box 787861
Philadelphia, PA 19178-7861

Tallin S. Hartley
3067 Beddard Rd.
Greenville, NC 27858-8774

Telecommunications
ATTN: Managing Agent
501 West 14th Street
Greenville, NC 27834-4039

Tideland EMC
ATTN: Managing Agent
PO Box 159
Pantego, NC 27860-0159

Timothy Mobley
3002 Elks Rd.
Greenville, NC 27858-8747

Transamerica
ATTN: Managing Agent
300 North Greene Street, Suite 1700
Greensboro, NC 27401-2180

Tripps Tire Pros of Winterville
ATTN: Managing Agent
2711 Mill Street
Winterville, NC 28590-8005

U.S. Securities & Exchange Commission
Office of Reorganization
950 East Paces Ferry Rd., Suite 900
Atlanta, Georgia 30326-1382

United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

Dup

VFG Equipment Lease
ATTN: Managing Agent
615 Iron City Drive
Pittsburgh, PA 15205-4321

VISA
ATTN: Managing Agent
PO Box 790408
St. Louis, MO 63179-0408

Dup

Virginia Air Dist.
ATTN: Managing Agent
2930 Yonkers Road
Raleigh, NC 27604-3231

WEX Bank-Speedway
ATTN: Managing Agent
PO Box 639
Portland, ME 04104-0639

Walter Homes Electrical, Inc.
ATTN: Managing Agent
304 North Ashe Avenue
Dunn, NC 28334-3606

Ward & Smith, PA
ATTN: Managing Agent
PO Box 867
New Bern, NC 28563-0867

Water Furnace Intl., Inc.
ATTN: Managing Agent
9000 Conservation Way
Fort Wayne, IN 46809-9794

Womack Electric
ATTN: Managing Agent
PO Box 1586
Greenville, NC 27835-1586

Yadkin Bank
c/o Charles N. Anderson, Esq.
PO Box 33550
Raleigh, NC 27636-3550

Yadkin Bank VISA
ATTN: Managing Agent
PO Box 790408
St. Louis, MO 63179-0408

David J Haidt
Ayers, Haidt & Trabucco, P.A.
PO Box 1544
New Bern, NC 28563-1544

Michael Benson
1028 Brompton Lane
Greenville, NC 27834-0012

127

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Insolvency Support Services
320 Federal Place, Room 335
Greensboro, NC 27401

BB&T
ATTN: Managing Agent
PO Box 2306
Wilson, NC 27894

(d)Internal Revenue Service
Attn: Managing Agent
P.O. Box 21126
Philadelphia, PA 19114



label size 1" x 2 5/8" compatible with Avery ®5160/8160
Étiquette de format 25 mm x 67 mm compatible avec Avery ®5160/8160

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Grainger
ATTN: Managing Agent
204 Dexter Street
Greenville, NC 27834

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bankruptcy Administrator

(u)Select Bank & Trust Company

(u)Yadkin Bank

(u)Internal Revenue Service
Office of Chief Counsel
Alamance Building, Mail Stop 24
4905 Koger Blvd.

(d)Johnston County
c/o David F. Mills, Esq.
1559-B Booker Dairy Rd.
Smithfield, NC 27577-9442

End of Label Matrix
Mailable recipients 141
Bypassed recipients 5
Total 146



label size 1" x 2 5/8" compatible with Avery ®5160/8160
Étiquette de format 25 mm x 67 mm compatible avec Avery ®5160/8160